# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: October 20, 2021

COURTROOM DEPUTY: Natassia Ochoa  **Criminal 20-382 (RAM)**

COURT REPORTER: Robin Dispenzieri

=====================================================================

| | | |
|---|---|---|
| | USA | Attorneys:<br>Jawayria Zarreen Auchter<br>Normary Figueroa-Rijo |
| | vs. | |
| 1. | Rafael Texidor-Perez | Kehylis Y. Vazquez-Torres |
| 2. | Carlos Javier Nieves-Rivera | Jose B. Velez-Goveo |
| 3. | Jose Raul Dotel | Juan F. Matos-De-Juan<br>(substituted by Jose Velez) |
| 4. | Roberto Cedeno-Olivencia | Joseph A. Niskar<br>Samuel P. Carrion |
| 5. | Maywilliams Jose Salazar-Salazar | Linda George |
| 6. | Andrys Mata-Salazar | Ronald J. Marzullo-La-Russa |
| 7. | Josue Rafael Gutierrez-Salazar | Emilio F. Morris-Rosa<br>(not present, excused) |
| 8. | Mauro Rafael Lugo-Gonzalez | Johnny Rivera-Gonzalez |
| 9. | Isaias Hipolito Salazar-Salazar | Laura Maldonado-Rodriguez |
| 10. | Edison Luis Ramos-Gomez | Joseph A Boucher-Martinez |
| 11. | Jorman Roman Rodriguez-Carreno | Marie L. Cortes-Cortes |
| 12. | Asdruzal Jose Rojas-Rojas | Hector J. Dauhajre-Rodriguez |
| 13. | Franklin Jose Rodriguez-Rivera | Humberto Guzman-Rodriguez |
| 14. | Osward Jose Salazar-Rodriguez | Irma R. Valldejuli-Perez<br>(substituted by Marie Cortes) |
| 15. | Juan Carlos Suniaga-Suniaga | Juan E. Alvarez-Cobian<br>(substituted by Marie Cortes) |

|  |  |
|---|---|
| 16. Jose Luis Salazar-Guerra | Raymond L. Sanchez-Maceira |
| 17. Alexis Jose Salazar-Rivera | Jose L. Novas-Debien |
|  | (substituted by Marie Cortes) |
| 18. Marco Antonio Romero-Romero | Javier A. Cuyar-Olivo |
| 19. Angel Miguel Rodriguez-Jauregui | Jorge Luis Gerena-Mendez |
|  | (substituted by Antonio Bisbal) |
| 20. Jesus Antonio Carreno | Leonardo M. Aldridge |
|  | (substituted by Giovanni Canino) |
| 21. Leonel Alexander Camacho-Lugo | Raul S. Mariani-Franco |
|  | ***(NOT PRESENT)*** |
| 22. Carlos Jose Alcala-Rivas | Rosa Ivette Bonini-Laracuente |
| 23. Valentin Antonio Espinoza-Salazar | Kendys Pimentel-Soto |
| 24. Angel Placido Manta-Salazar | Howard Leader |
| 25. Adrian Jose Romero-Salazar | Benito I. Rodriguez-Masso |
|  | (substituted by Giovanni Canino) |
| 26. Pedro Alejandro Salazar | Jose R. Gaztambide-Aneses |
| 27. Jacier Alejandro Salazar-Marcano | Luis A. Rodriguez-Munoz |
| 28. Alexis Raul Moreno-Guerrero | Antonio L. Bisbal-Bultron |
| 29. Jose Moreno | Giovanni Canino-Sanchez |
| 30. Jose Sucre | Francisco J. Adams-Quesada |
|  | (substituted by Giovanni Canino) |

============================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that additional discovery has been provided. Copy of two (2) discovery packages have been sent to MDC Guaynabo and Tallahatchie. A motion requesting a protective order regarding an additional discovery package will be filed. They also informed that, to the extent of what is possible, they are in full compliance with the Orders entered at dockets 461 and 462. A response to the motions requesting defendants be present during the physical evidence of the vessels was heard.

Lead Counsel for Groups A, B and C requested additional time to conclude discovery, evaluate plea offers, and all possible options with the defendants.

Additional counsel heard on discovery and inspection issues.

The Court set the following deadlines: by **October 27, 2021** attorney Jose Novas shall file an informative motion regarding if he wishes to continue as Group Leader or not, also by **October 27, 2021** anyone who needs to be realigned to another group shall file a motion. By **October 27, 2021** attorney Raul Mariani shall show cause as to why sanctions shouldn't be imposed for failure to appear and not presenting an excuse or request for substitution of counsel. As to the pending Motion to Dismiss at docket 457, the Court granted the government **seven (7) days** to respond and the defendant **seven (7) days thereafter** to file a reply.

The Court ordered all Group Leaders and counsel for defendants Maywilliams Jose Salazar-Salazar (5) and Andrys Mata-Salazar (6) to review all discovery. They shall meet with the government and by **November 4, 2021,** file a Joint Motion indicating the outstanding discovery disputes by the defendants and the government's response to each dispute.

**Further Status Conference set for January 12, 2022 at 3:00 PM.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to review and complete discovery.

    *S/ Natassia Ochoa*
    Courtroom Deputy Clerk